**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**Case No. 8:20-cv-01473-TPB-AAS**

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

MCPEAK REALTY GROUP, INC. and
THE HAMPTONS AT BRANDON CONDOMINIUM
ASSOCIATION, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO MCPEAK REALTY GROUP, INC.

Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant, McPeak Realty Group, Inc., only, have settled this matter. Defendant, The Hamptons at Brandon Condominium Association, Inc., will remain in the case. Plaintiff will file appropriate dismissal papers, with regards to Defendant McPeak Realty Group, Inc., only, in accordance with the terms of their settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

Attorneys for the Plaintiff

By: *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 24th day of February, 2021, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.