UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:20-cv-01473-TPB-AAS

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

MCPEAK REALTY GROUP, INC. and
THE HAMPTONS AT BRANDON CONDOMINIUM
ASSOCIATION, INC.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO MCPEAK REALTY GROUP, INC.

Plaintiff and Defendant, McPeak Realty Group Inc., by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice, as to Defendant, McPeak Realty Group, Inc., only. Plaintiff and Defendant, McPeak Realty Group Inc., further confirm to the Court that, by agreement of the parties, each party will bear their own respective attorneys' fees and costs.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

Attorneys for the Plaintiff

By:   s/ Joshua A. Glickman
      Joshua A. Glickman


Lewis Brisbois Bisgaard & Smith, LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

Jonathan A. Beckerman, Esq. (FBN 0568252)
Jonathan.Beckerman@lewisbrisbois.com
Christopher T. Perré, Esq. (FBN 123902)
Christopher.Perre@lewisbrisbois.com

Counsel for Defendant, McPeak Realty Group, Inc.

By:   s/ Christopher T. Perré
      Christopher T. Perré

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 1st day of March, 2021, which will send a notice of electronic filing to all attorneys of record.

By:   s/ Joshua A. Glickman
      Joshua A. Glickman, Esq.