UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:20-cv-01473-TPB-AAS

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

MCPEAK REALTY GROUP, INC. and
THE HAMPTONS AT BRANDON CONDOMINIUM
ASSOCIATION, INC.,

    Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO**
**THE HAMPTONS AT BRANDON CONDOMINIUM ASSOCIATION, INC.**

    Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant, The Hamptons at Brandon Condominium Association, Inc., have settled this matter. Plaintiff and Defendant, McPeak Realty Group, Inc., had previously settled and dismissed their claims. *See* D.E. 27. Plaintiff will similarly file appropriate dismissal papers, with regards to Defendant, The Hamptons at Brandon Condominium Association, Inc., in accordance with the terms of their settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff

    By:  *s/ Joshua A. Glickman*
          Joshua A. Glickman, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 16th day of March, 2021, which will send a notice of electronic filing to all attorneys of record.

    By:  *s/ Joshua A. Glickman*
          Joshua A. Glickman, Esq.