**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**Case No. 8:20-cv-01473-TPB-AAS**

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

MCPEAK REALTY GROUP, INC. and
THE HAMPTONS AT BRANDON CONDOMINIUM
ASSOCIATION, INC.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, The Hamptons at Brandon Condominium Association, Inc., by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Defendant, The Hamptons at Brandon Condominium Association, Inc., further confirm to the Court that, by agreement of the parties, each party will bear their own respective attorneys' fees and costs. Plaintiff and Defendant, McPeak Realty Group, Inc., had previously settled and dismissed their claims. *See* D.E. 27. The Parties confirm that all claims in this matter have now been settled and dismissed.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698

(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By: *s/ Joshua A. Glickman*
      Joshua A. Glickman


Shawn G. Brown, Esq.
FBN 569135
Kaye Bender Rembaum, P.L.
1211 North West Shore Boulevard
Suite 409
Tampa, Florida 33607
sbrown@kbrlegal.com
mary@kbrlegal.com
Telephone: (813) 375-0731


Attorneys for Defendant The Hamptons at Brandon Condominium Association, Inc.

By: *s/ Shawn G. Brown*
      Shawn G. Brown, Esq.


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 5th day of April, 2021, which will send a notice of electronic filing to all attorneys of record.

By: s/ Joshua A. Glickman
      Joshua A. Glickman, Esq.